UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROBINSON,<br>　　　　Plaintiff,<br>　　v.<br>CALIFORNIA STATE BAR,<br>　　　　Defendant. | Case No.  3:15-mc-80129-JD<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 12 |

In response to Mr. Robinson's *ex parte* motion to vacate and strike the order of suspension, dkt. no. 12, the Court orders Mr. Robinson to show cause why the motion should not be denied and sanctions should not be imposed.

The Court notes that trial of the State Bar's petition for Mr. Robinson's disbarment was scheduled for March 14-18, 2016.  The Court also notes that the State Bar of California's records indicate that Mr. Robinson has had a status of "Not Eligible to Practice Law" since March 17, 2016.  Consequently, it appears to the Court that Mr. Robinson was disbarred on March 17, 2016.  Yet more than two months later, Mr. Robinson filed his *ex parte* motion to vacate and strike order of suspension, without any reference to his apparent disbarment.

Mr. Robinson may file a response to this order **on or before August 15, 2016.**  If Mr. Robinson fails to file a timely and adequate response to this Order, his motion may be denied and monetary sanctions may be imposed.

**IT IS SO ORDERED**.

Dated:  July 29, 2016

_____
JAMES DONATO
United States District Judge