UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYAN ROBINSON,

Plaintiff,

v.

CALIFORNIA STATE BAR,

Defendant.

Case No.  3:15-mc-80129-JD

**ORDER RE ORDER TO SHOW CAUSE**

Re: Dkt. No. 13

On July 29, 2016, the Court ordered Mr. Robinson to show cause why his *ex parte* motion to vacate and strike the order of suspension, Dkt. No. 12, should not be denied -- and sanctions should not be imposed -- in light of the fact that he was apparently disbarred on March 17, 2016, but neglected to mention that fact in his motion.  Mr. Robinson was given until August 15, 2016, to respond to the Court's order.  More than two weeks have now passed since that deadline, and Mr. Robinson has failed to file any response.  Consequently, Mr. Robinson's motion is denied, and this case will be closed.

**IT IS SO ORDERED.**

Dated:  September 6, 2016

_____
JAMES DONATO
United States District Judge